In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of SIDNEY GONDELMAN, an Attorney and Counselor at Law, Respondent.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Motion to suspend operation of order entered March 8, 1940, other than as already granted, denied. [See 258 App. Div. 1085; *ante*, p. 726 and p. 832; *post*, p.889.] Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

In the Matter of the Final Judicial Settlement of the Account of Proceedings of FREDERICK B. HUFNAGEL and Another, as Trustees under the Last Will and Testament of MARIE C. HUFNAGEL, Deceased. FREDERICK B. HUFNAGEL and Another, Trustees, etc., of MARIE C. HUFNAGEL, Deceased, Respondents; JOHN ROGERS, Appellant.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

In the Matter of the Application of THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent, against ARTHUR E. ROBERTS and Others, as Trustees of Free School District No. 2, Towns of Cortlandt and Yorktown, New York, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

In the Matter of the Application of JULIUS L. ROSENTHAL for Reconsideration and Modification of an Order of Disbarment Dated March 19, 1937.— Motion for reinstatement as an attorney and counselor at law granted. [See 250 App. Div. 421; 251 id. 824; Id. 833; 276 N. Y. 676.] Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

In the Matter of the Application of W. K. THOMAS and HAROLD GROSS, Stockholders in the BROOKLYN-MANHATTAN TRANSIT CORPORATION, for the Appointment of Appraisers to Appraise the Value of Their Stock. In the Matter of the Application of ERNEST J. ELLENWOOD, a Stockholder in the BROOKLYN-MANHATTAN TRANSIT CORPORATION, for the Appointment of Appraisers to Appraise the Value of His Stock. In the Matter of the Application of F. C. GEILER, Stockholder in the BROOKLYN-MANHATTAN TRANSIT CORPORATION, for the Appointment of Appraisers to Appraise the Value of His Stock and Other Stockholders Similarly Situated. W. K. THOMAS and Others, Respondents; BROOKLYN-MANHATTAN TRANSIT CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. [See *ante*, p. 736.] Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ. [See *post*, p. 843.]

In the Matter of the Petition of FERDINAND CURTH to Compel LAURA A. WOLF and Another to Render and Settle Their Accounts as Testamentary Trustees of CHARLES W. WOLF, Deceased. FERDINAND CURTH, Appellant; LAURA A. WOLF and Another, Testamentary Trustees of CHARLES W. WOLF, Deceased, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

GUSTAV JOHNSON, Respondent, v. BROOKLYN BUS CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

FRANCES KATZ and Another, Respondents, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant. and Others, Defendants.— Motion for leave to appeal